SUPERIOR BANK,
Plaintiff/Respondent,

v.

Steven T. ANGELO,
Defendant/Appellant.

No. ED 96684.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 31, 2012.

Susan Roach, W. Edwin Roussin, St. Louis, MO, for appellant.

Sandford J. Miler, Stephen J. Barber, St. Louis, MO, for respondent.

Before: CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

## ORDER

### PER CURIAM.

Defendant, Steven T. Angelo, appeals from the grant of summary judgment for plaintiff, Superior Bank. An opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed pursuant to Rule 84.16(b).